SLIP OPINION

Cite as 2014 Ark. App. 608

# ARKANSAS COURT OF APPEALS

DIVISION II
**No.** CR-14-420

| | |
|---|---|
| A.D.<br>**APPELLANT**<br><br>V.<br><br>STATE OF ARKANSAS<br>**APPELLEE** | **Opinion Delivered** November 5, 2014<br><br>APPEAL FROM THE BENTON COUNTY CIRCUIT COURT [NO. J-2013-624-D]<br><br>HONORABLE THOMAS E. SMITH, JUDGE<br><br>SUPPLEMENTAL ADDENDUM ORDERED |

## BRANDON J. HARRISON, Judge

Fifteen-year-old A.D. appeals the Benton County Circuit Court's order that adjudicated him delinquent. On appeal, he argues that the evidence was insufficient to support the court's ruling. We are unable to address A.D.'s argument at this time and order supplementation of the addendum.

In an amended delinquency petition filed 22 January 2014, A.D. was charged as an accomplice to theft of property, a Class A misdemeanor. The State alleged that A.D. aided two other juveniles in shoplifting from Gordman's. At the adjudication hearing, a DVD of the store surveillance footage from the day of the alleged theft was introduced as a stipulated exhibit. The court viewed and relied in part on this store surveillance footage in adjudicating A.D. delinquent.

In A.D.'s appellate brief, stipulated exhibit #1, which was the DVD of the store surveillance, is listed in the addendum's table of contents but not included in the

addendum.  Arkansas Supreme Court Rule 4–2(a)(8)(A)(i) (2013) requires the addendum to include all items that are essential for the appellate court to understand the case and to decide the issues on appeal, including exhibits such as CDs and DVDs.  Therefore, we order A.D. to file a supplemental addendum within seven calendar days from the date of our opinion. *See* Ark. Sup. Ct. R. 4–2(b)(4).

Supplemental addendum ordered.

WALMSLEY and GRUBER, JJ., agree.

*Flinn Law Firm, P.A.*, by: *Jennifer Williams Flinn*, for appellant.

*Dustin McDaniel*, Att'y Gen., by: *Brad Newman*, Ass't Att'y Gen., for appellee.